UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 08-2690 CAS (PLAx) | Date | October 28, 2008 |
|---|---|---|---|
| Title | JAMES DEARKLAND; ET AL. v. CORAL TELECOM, INC.; ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| CATHERINE JEANG | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

Not Present   Not Present

**Proceedings:** **(In Chambers): DEFENDANT CORAL TELECOM, INC.'S MOTION TO WITHDRAW AS COUNSEL OF RECORD AS TO DEFENDANT CORAL TELECOM, INC.** (filed 10/10/08)

The Court finds this motion appropriate for decision without oral argument. Fed. R. Civ. P. 78; Local Rule 7-15. The hearing date of November 3, 2008, is hereby vacated and the matter is hereby taken under submission.

On October 10, 2008, Strauss Law Group, P.C. ("Strauss"), filed the instant motion to withdraw as counsel for defendant Coral Telecom, Inc. ("Coral").

Local Rule 83-2.9.2.1 allows an attorney to withdraw as counsel only upon leave of court. If withdrawal will cause delay in the case, the court will not allow the attorney to withdraw unless "good cause is shown and the ends of justice require [such relief]." L. R. 83-2.9.2.4. If withdrawal is allowed, the affected parties then "shall appear *pro se* or appoint another attorney by a written substitution of attorney." L.R. 83-2.9.2.3. However, a corporation "may not appear in any action or proceeding *pro se.*" L. R. 83-2.10.1.

Strauss argues that Coral has failed to pay attorneys' fees and costs incurred in this action. Failure to pay attorneys' fees is normally sufficient grounds for withdrawal. Darby v. City of Torrance, 810 F. Supp. 275, 276 (C.D. Cal. 1992)(citing Liberty-Ellis Island Found., Inc. v. International United Indus., Inc., 110 F.R.D. 395, 397 (S.D.N.Y. 1986)). Strauss further argues that it has had great difficulty communicating with Coral and it is therefore unable to represent this client. Because Strauss has made a sufficient showing of good cause, the Court GRANTS its motion to be relieved as counsel.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-2690 CAS (PLAx) | Date | October 28, 2008 |
|---|---|---|---|
| Title | JAMES DEARKLAND; ET AL. v. CORAL TELECOM, INC.; ET AL. | | |

      Strauss is hereby ordered to provide Coral with notice of the Court's order in accordance with Local Rule 83-2.9.2.3. Since Coral is a corporation, and as such may not appear *pro se*, Strauss is ordered to inform Coral that it must retain new counsel within thirty (30) days of the date this order takes effect. Strauss shall advise Coral that its failure to retain new counsel or otherwise respond within thirty (30) days may result in the imposition of monetary and terminating sanctions and the entry of default. Strauss shall attach a copy of this order to the letter, and shall otherwise comply with all applicable rules of professional responsibility.

      IT IS SO ORDERED.

|  |  | 00 | : | 00 |
|---|---|---|---|---|
|  | Initials of Preparer |  | CMJ |  |