UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-2690 CAS (PLAx) | Date | December 16, 2008 |
|---|---|---|---|
| Title | JAMES DEARKLAND; ET AL. v. CORAL TELECOM, INC.; ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| CATHERINE JEANG | LAURA ELIAS | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:     Attorneys Present for Defendants:

Not Present     Not Present

**Proceedings:**     **(In Chambers): PLAINTIFFS' MOTION TO STRIKE ANSWER TO COMPLAINT OF DEFENDANT CORAL TELECOM, INC., OR IN THE ALTERNATIVE, FOR THE COURT TO SET AN ORDER TO SHOW CAUSE HEARING** (filed 11/12/08)

The Court finds this motion appropriate for decision without oral argument. Fed. R. Civ. P. 78; Local Rule 7-15. The hearing date of December 22, 2008, is hereby vacated and the matter is hereby taken under submission.

On June 1, 2007, plaintiffs James DeArkland and Gunilla DeArkland filed suit against defendants BT&M Investments, Inc. and Coral Telecom, Inc. ("Coral") in Ventura County Superior Court for breach of contract. On March 31, 2008, plaintiffs' counsel notified defense counsel that plaintiffs are seeking more than $75,000 in damages. On April 23, 2008, defendants timely removed this action to this Court.

On October 28, 2008, this Court granted Strauss Law Group, P.C.'s motion to withdraw as counsel for defendant Coral Telecom, Inc. ("Coral"). In its October 28, 2008 Order, the Court ordered Strauss to "advise Coral that its failure to retain new counsel or otherwise respond within thirty (30) days may result in the imposition of monetary and terminating sanctions and the entry of default." October 28, 2008 Order at 2.

On November 12, 2008, plaintiff filed the instant motion to strike Coral's answer or in the alternative, to have the Court set an order to show cause hearing as to why Coral's answer should not be stricken.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-2690 CAS (PLAx) | Date | December 16, 2008 |
|---|---|---|---|
| Title | JAMES DEARKLAND; ET AL. v. CORAL TELECOM, INC.; ET AL. | | |

A corporation "may not appear in any action or proceeding *pro se*." L. R. 83-2.10.1. It appears that Coral, a corporation, is attempting to proceed pro se. Therefore, Coral is hereby ORDERED TO SHOW CAUSE, on or before January 5, 2008, why its answer should not be stricken.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | CJ | |